Fill in this information to identify the case:

Debtor 1  Daniel Edward Fears

Debtor 2 Lori Kehaulani Kaio-Fears aka Lori K. Kaio-Fears aka Lori Fears
(Spouse, if filing)

United States Bankruptcy Court for the: _____  District of Nebraska
(State)

Case number  12-82696-TLS

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** BSI Financial Services, as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 6 6

**Property address:** 4543 North 60th Avenue
Number    Street

Omaha, NE 68104
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 14,155.43

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 2,748.19

c. Total. Add lines a and b.    (c) $ 16,903.62

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    01 / 28 / 2016
MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtor 1    **Daniel Edward Fears**                  Case number (if known) __12-82696-TLS__
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _[signature]_                  Date __07/10/2017__
     Signature

Print     __Eric H. Lindquist__                        Title    __Attorney for Creditor__
          First Name    Middle Name    Last Name

Company    __Eric H. Lindquist, P.C., L.L.O.__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __8712 West Dodge Road, Suite 260__
           Number      Street

           __Omaha, NE 68114__
           City                         State    ZIP Code

Contact phone ( __402__ ) __829__ – __0400__                Email __elindquist@elindquistlaw.com__

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Notice of Final Cure Payment was served upon Daniel Edward Fears and Lori Kehaulani Kaio-Fears, 4543 North 60th Avenue, Omaha, NE 68104, by regular United States mail, postage prepaid, upon debtors' attorney of record Thomas Matthew McGuire, III, upon the trustee, Kathleen Laughlin and upon Patricia Fahey, U.S. Trustee, via electronic notification, this 10th day of July, 2017.

*s/Eric H. Lindquist*
Eric H. Lindquist

LKB